Everett Dale Phillips, Appellee, v. Decatur Checker
Cab Company, Inc., and Harry Price, Appellants.

Gen. No. 9,708.

F. R. Wiley and Jenkins, Olsen & Cantrill, for
appellants; Herbert L. Cantrill, of counsel; Carl R. Miller, for appellee;
Jerald E. Jackson, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR.
Not to be published in full. Opinion filed November 2, 1950; re-
hearing denied December 26, 1950; released for publication December
26, 1950.

Herman Benning, Appellee, v. Frank Niehaus,
Appellant.

Gen. No. 9,715.